1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11  MICHAEL WOODS,                    )   Case No. SACV 06-69-AG (JWJ)
12                                    )
                Petitioner,           )
13                                    )   **ORDER ADOPTING
      vs.                             )   FINAL REPORT AND
14                                    )   RECOMMENDATION
    DERAL ADAMS, Warden,              )   OF UNITED STATES
15                                    )   MAGISTRATE JUDGE**
                Respondent.           )
16  _____  )
17

18       Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant
19  Petition for Writ of Habeas Corpus and other papers along with the attached
20  Final Report and Recommendation of the United States Magistrate Judge, and has
21  made a _de novo_ determination of the Final Report and Recommendation.
22  Further, the Court has engaged in a de novo review of those portions of the
23  Report to which Petitioner has objected.  The Court concurs with and adopts the
24  conclusions of the Magistrate Judge.
25       IT IS ORDERED that a Judgment be entered dismissing the instant Petition
26  for Writ of Habeas Corpus with prejudice.
27  ///
28  ///

-2-

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 this Order and the Judgment of this date on Petitioner.
3 DATED: June 30, 2009
4
5                                          _____/s/_____
                                            ANDREW J. GUILFORD
6                                           United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28