1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **CENTRAL DISTRICT OF CALIFORNIA**
10
11   MICHAEL WOODS                    )        Case No. SACV 06-69-AG (JWJ)
12                    Petitioner,      )
                                       )        **JUDGMENT**
13        vs.                          )
                                       )
14   DERAL ADAMS, Warden,             )
                                       )
15                    Respondent.      )
16   _____  )
17
18        Pursuant to the Order of the Court approving the recommendations of the
19   United States Magistrate Judge, and adopting the same as the facts and
20   conclusions of law herein,
21        IT IS ADJUDGED that Judgment be entered dismissing the instant Petition
22   for Writ of Habeas Corpus with prejudice.
23   DATED: June 30, 2009
24
25        _____/s/_____
                            ANDREW J. GUILFORD
26                          United States District Judge
27
28